ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street – 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
ANITA CHRISTIAN,              :
                              :
            Plaintiff,        :
                              :
       - v. -                 :
                              :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,            :   08 Civ. 2184 (DLC)
Commissioner of               :
Social Security,              :
                              :
            Defendant.        :
                              :
- - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from May 5, 2008 to and including July 7, 2008.  The reason for the request is

because the defendant's counsel has not yet been able to complete her review of the administrative record.  No prior extension has been requested in this case.

Dated:  New York, New York
        April 4 , 2008

                         BINDER & BINDER, P.C.
                         Attorneys for Plaintiff

By: _____
    CHARLES E. BINDER, ESQ.
    215 Park Avenue, South
      6th Floor
    New York, New York  10003
    Telephone No.: (212)677-6699

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: _____
    LESLIE A. RAMIREZ-FISHER
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-0378
    Leslie.Ramirez-Fisher@usa.doj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
April 14, 2008

COPIES SENT TO:


Charles E. Binder
215 Park Avenue South
6th Floor
New York, NY 10003


Leslie A. Ramirez-Fisher
Assistant United States Attorney
United States Attorney's Office
86 Chambers St. - 3rd Floor
New York, NY 10007