


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 2, 2008

By Hand

Honorable Denise L. Cote
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 7/3/08

    Re: <u>Anita Christian v. Astrue</u>
        08 Civ. 2184 (DLC)

Dear Judge Cote:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. During my preparation of the government's response to the complaint, I encountered several issues that require additional factual investigation before submitting the government's response. Therefore, I respectfully request an extension of thirty days from July 7, 2008, until August 6, 2008, to respond to the complaint.

    This is defendant's second request for an extension of time to answer the complaint, which was originally due on May 5, 2008. Plaintiff has kindly consented to this request.

*Granted.*

*[signature] Denise Cote*
*July 3, 2008*

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Charles Binder, Esq.