ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
ANITA CHRISTIAN,                 :
                                 :
              Plaintiff,         :
                                 :
         - v. -                  :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   08 Civ. 2184 (DLC)
Commissioner of                  :
Social Security,                 :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x

        IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that this

action be, and hereby is, remanded to the Commissioner of Social

Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. The Clerk is directed to enter judgment *and close the case*. See <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993).

Dated: New York, New York
July 15, 2008

                BINDER & BINDER, P.C.
                Attorneys for Plaintiff

By: _____
    CHARLES E. BINDER, ESQ.
    215 Park Avenue, South
     6th Floor
    New York, New York  10003
    Telephone No.: (212) 677-6801

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York
    Attorney for Defendant

By: _____
    LESLIE A. RAMIREZ-FISHER
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-0378
    Leslie.Ramirez@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
July 25, 2008